**FILED**
May 12, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOE NERSESYAN, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:16-mj-00092-EFB <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Joe Nersesyan; Case 2:16-mj-00092-EFB from custody and for the following reasons:

    \_ Release on Personal Recognizance

    \_ Bail Posted in the Sum of _____

    X Unsecured Appearance Bond in the amount of $100,000.00, co-signed by Anaid Nersesyan and Brian Martin

    \_ Appearance Bond with 10% Deposit

    \_ Appearance Bond secured by Real Property

    \_ Corporate Surety Bail Bond

    X (Other) Pretrial Supervision/Conditions; Third Party Custody to Anaid Nersesyan and Brian Martin; defendant to be released to the custody of Pretrial Services on 5/18/2016 at 9:00 AM to attend Wellspace

Issued at Sacramento, CA on 5/12/2016 at 2:35 pm.

By _____
Kendall J. Newman
United States Magistrate Judge